UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TIMOTHY H. JOHNSON, | Case No. 3:25-cv-00500-MMD-CSD |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| JOSEPH BENSON, | |
| Defendant | |

On September 12, 2025, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), filed an application to proceed *in forma pauperis* but did not submit a complaint. (ECF No. 1).

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff **until October 15, 2025,** to submit a complaint to this Court.

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **October 15, 2025.**

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED: September 15, 2025

_____
UNITED STATES MAGISTRATE JUDGE